UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEE MEMORIAL HEALTH SYSTEM,

        Plaintiff,

v.                                    Case No:  2:16-cv-901-FtM-38MRM

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC., HORIZON
HEALTHCARE SERVICES, INC.,
HORIZON BLUE CROSS BLUE
SHIELD OF NEW JERSEY,
HORIZON BCBSNJ, MERCK
SHARP & DOHME CORP. and NEW
JERSEY CARPENTERS HEALTH
FUND,

        Defendants.

_____/

## **ORDER**[1]

      This matter comes before the Court upon *sua sponte* review of the file.  The

undersigned finds a conflict of interest regarding her spouse's recent change in

employment that requires her to recuse from this case.  *See* 28 U.S.C. § 455(b)(4)

(requiring judges to disqualify themselves when they know their spouse "has a financial

interest in . . . a party to the proceeding, or any other interest that could be substantially

affected by the outcome of the proceeding"); *see also* 28 U.S.C. § 455(a) (requiring a

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

judge to "[her]self in any proceeding in which [her] impartiality might reasonably be questioned"); *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001) ("[T]he benefit of the doubt must be resolved in favor of recusal.").

Accordingly, it is now

**ORDERED:**

(1) The undersigned is **RECUSED** from the above-captioned case.

(2) The Clerk of the Court is **DIRECTED** to reassign this case to another United States District Judge.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of April, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record